K. Andrew Kent (Cal. Bar No. 130,097)
RINCON VENTURE LAW GROUP
2815 Townsgate Road, Suite 215
Westlake Village, California 91361
Telephone: (805) 557-0580
Facsimile: (805) 557-0480
akent@rincongroup.com

Attorneys for Plaintiff
ORIGIN OIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGINOIL, INC, a Nevada corporation,<br><br>                Plaintiff,<br><br>     vs.<br><br>MBD Energy Limited, an Australian Public Company,<br><br>                Defendant. | Case No. CV 12-8278 GW(PJWx)<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Origin Oil, Inc. hereby notifies the Court that it has reached a tentative settlement of this matter with Defendant MBD Energy Limited.

A written settlement agreement was signed by the parties on December 20, 2012. It is structured, and calls for the filing of a dismissal of this action within five business days after the performance of certain express terms, the last of which must occur by January 31, 2013. Accordingly, Plaintiff respectfully requests that the Court issue an Order to Show Cause re: Settlement Completion returnable within sixty (60) days.

Respectfully submitted,

DATED: December 21, 2012          RINCON VENTURE LAW GROUP

By: _____
K. Andrew Kent
Attorneys for Plaintiff
ORIGINOIL, INC.