JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGINOIL, INC, a Nevada corporation, | Case No. CV 12-8278-GW(PJWx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION PURSUANT TO SETTLEMENT** |
| MBD Energy Limited, an Australian Public Company, | |
| Defendant. | |

1  Based on the stipulation of the parties filed with this Court, IT IS HEREBY
2  ORDERED that this action is dismissed without prejudice. Each party shall bear its own
3  costs of suit.

4

5

6

7  DATED: March 1, 2013

_____
The Honorable George H. Wu
United States District Judge